FILED: October 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508 (L)
(2:19-cr-00047-RAJ-LRL-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AGHEE WILLIAM SMITH, II

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 11/22/2023. Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk