UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 15, 2024
_____

DOCKET CORRECTION NOTICE
_____

No. 22-4508 (L),  <u>US v. Aghee Smith, II</u>
2:19-cr-00047-RAJ-LRL-3

TO: David Alcorn
Aghee William Smith

**BRIEF OR JOINT APPENDIX CORRECTION DUE: February 22, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable.

> [✔] Paper copies of appendix volumes 37-40 were not provided to the court at the time of filing the full joint appendix.
>
> [✔] <u>APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32)</u>: Appendix contains condensed transcript – Volume 24, Volume 28
>
>  \*\*Please be advised that all briefs will need to be corrected and refiled, and a new motion to exceed length limitations will be needed if the appendix extends past the previously authorized length of 32,798 pages. \*\*
>
> [✔] Appendix volumes 8-65 contain information that must be redacted.
>
> - Under FRAP 25(a)(5) parties must redact personal data from their filings to include only:
>     - the last 4 digits of the social security or tax identification number
>     - the year of birth
>     - the last 4 digits of a financial account number
>     - in a criminal case, the city and state of a home address

Kirsten Hancock, Deputy Clerk
804-916-2704