# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 23, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.  22-4508 (L), <u>US v. Aghee Smith, II</u>
      2:19-cr-00047-RAJ-LRL-3

TO:   David  Alcorn
      Aghee William Smith

Correction Due Upon Request But No Later Than:  February 26, 2024

Please file the corrections identified below and file an amended motion by the date indicated using the **MOTION** entry.

[ x ] The court's docket correction issued on February 15, 2024, identifies multiple deficiencies in the joint appendix but counsel's motion to accept joint appendix as previously filed only makes arguments as to the condensed transcript pages. Please file an amended motion addressing all of the deficiencies.

Donna Lett, Deputy Clerk
804-916-2704