# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Appellee,<br>v.<br>AGHEE WILLIAM SMITH II and DAVID ALCORN,<br>    Defendants-Appellants. | No. 22-4508(L) |

## APPELLANT ALCORN'S RESPONSE TO GOVERNMENT'S MOTION TO CONTINUE ARGUMENT DATE

Now comes Appellant David Alcorn ("Alcorn"), as directed by the Court on April 1, 2024, (Document 93), and responds through his appointed counsel to the United States' Motion to Continue Argument Date (Document 92) ("the Government's Motion").

1. Alcorn opposes the Government's Motion.

2. The government has not demonstrated good cause to continue the May 10, 2024, argument date. The government's lawyer and equally qualified colleagues must try an unrelated case in the Norfolk Division of the United States District Court for the Eastern District of Virginia, United States v. Dion Camp, beginning May 14, 2024. The large majority of federal prosecutions result in guilty pleas rather than trials. But even should Mr. Camp's trial occur as scheduled, the May 10 argument in the Fourth Circuit will not conflict with that Eastern District of Virginia

proceeding. Oral argument in Richmond will precede trial in Norfolk by four days.

4. The government's counsel descends into detail about prior motions filed in this appeal for extensions of the briefing schedule. It is not clear why the government believes motions for extensions of the briefing schedule filed by lawyers who represented neither Appellant below should weigh in favor of postponing oral argument on appeal for a government lawyer who has been intimately involved in this prosecution since its inception.

5. The Government's Motion suggests strongly that it did not inform the district court about the Fourth Circuit argument scheduled on May 10 when it insisted the district court set Mr. Camp's trial "before July 2024." (Govt. Mot., p. 4.) The government should have foreseen its request in March 2024 for a trial date "before July 2024" likely would lead to a trial in mid-May.

6. The government should not have pressed the district court for a trial date in Camp "before July 2024" if it was not prepared to stick by its previous consent to an argument date of May 10 at the Fourth Circuit.

7. While the government's counsel understandably expresses concern about her schedule, she is quite free with Mr. Alcorn's. Mr. Alcorn is 79 years old. Postponing his appeal until the Court's September or October argument calendar would unfairly impose upon Mr. Alcorn a significant and therefore prejudicial delay.

2

Wherefore, Appellant David Alcorn respectfully requests that the Court deny the Government's Motion.

Respectfully submitted,

/s/ Paul G. Beers
Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8000
Facsimile (540) 224-8050
E-mail: pbeers@glennfeldmann.com

*Counsel for Appellant David Alcorn*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, the foregoing Appellant Alcorn's Response to Government's Motion to Continue Argument Date was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/ Paul G. Beers
Paul G. Beers

3