# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 24, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.  22-4508 (L), <u>US v. Aghee Smith, II</u>
    2:19-cr-00047-RAJ-LRL-3

TO:  David  Alcorn
     Aghee William Smith

**FILING CORRECTION DUE:  April 25, 2024**

Please make the correction identified below and file a corrected document by the date indicated.

[✔] Incorrect event used. Please refile document using the event **MOTION** with the relief as **extend filing time**.

Kirsten Hancock, Deputy Clerk
804-916-2704