UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 6, 2024

_____

DOCKET CORRECTION NOTICE
_____

No.  22-4508 (L),     US v. Aghee Smith, II
                     2:19-cr-00047-RAJ-LRL-3

TO:     David  Alcorn
        Aghee William Smith

**JOINT APPENDIX CORRECTION DUE:  May 7, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable.

[✓] Appendix volumes contain information that must be redacted.
- Under FRAP 25(a)(5) parties must redact personal data from their filings to include only:
    - the last 4 digits of the social security or tax identification number
    - the year of birth
    - the last 4 digits of a financial account number
    - in a criminal case, the city and state of a home address

Please note that ONLY redactions are needed; no substantive changes should be made to the joint appendix volumes.

***No additional paper copies of the joint appendix are due at this time. Please refile the full appendix electronically, ONLY. If any additional paper copies are needed, the court will notify the parties through a separate notice/order.***

Kirsten Hancock, Deputy Clerk
804-916-2704